SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARK S. EISEN, Cal. Bar No. 289009
  meisen@sheppardmullin.com
DAVID S. ALMEIDA, IL Bar No. 6285557 (*pro hac vice* to be filed)
  dalmeida@sheppardmullin.com
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: 312.499.6310
Facsimile: 312.499.6301

Attorneys for Defendant
CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORFMAN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation, and DOES 1 through 10,<br><br>       Defendants. | Case No. **'16CV1596 JLS JMA**<br><br>[State Court Case No. 37-2016-00017884-CU-NP-CTL]<br><br>**CVS PHARMACY, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441(a) & 1446**<br><br>[Filed concurrently with the Notice of Parties with Financial Interest]<br><br>Complaint Filed: May 26, 2016 |

-1-

1    TO THE UNITED STATES DISTRICT COURT FOR THE

2  SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS

3  ATTORNEYS OF RECORD:

4         PLEASE TAKE NOTICE that Defendant CVS Pharmacy, Inc.

5  ("CVS"), contemporaneously with the filing of this Notice, hereby effects removal

6  of the below-referenced action from the Superior Court of the State of California,

7  County of San Diego, to the United States District Court for the Southern District of

8  California.

9         This action is removed pursuant to the procedures found in 28 U.S.C.

10 section 1446, and removal jurisdiction is based on 28 U.S.C. section 1441(a)

11 (federal question).

12                                    **I.**

13                        **STATE COURT COMPLAINT**

14         1.    On May 26, 2016, Plaintiff Robert Dorfman ("Plaintiff") filed a

15 complaint in San Diego Superior Court entitled, *Robert Dorfman v. CVS Pharmacy,*

16 *Inc., et al.* (the "State Court Action").

17         2.    Plaintiff served the Summons and Complaint on CVS on May

18 27, 2016.  (*See* Group Ex. A, Proof of Service.)

19         3.    Plaintiff asserts a single cause of action for violation of the

20 Telephone Consumer Protection Act ("TCPA") under 47 U.S.C. § 227 *et seq.*

21         4.    Plaintiff purports to sue on behalf of one putative class, defined

22 as:

23         Recipients in the United States of artificial or prerecorded
           voice calls from Defendant, or a caller acting on behalf of
24         Defendant, within the past four years seeking to have the
           called party purchase Defendant's goods or services,
25         where the number called was misdialed or entered
           incorrectly into a dialing system, or for any other reason
26         resulted in Defendant making a call to a number where the
           called party was different from the party Defendant
27         intended to reach or the party who consented to being
           called.

28

-2-

1   (*See* Group Ex. A., Complaint ¶ 25.)

## II.

## REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

5.     This Court has original federal question jurisdiction under 28 U.S.C. § 1331.

6.     Plaintiff asserts a cause of action based on the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*  Accordingly, the Complaint is removable under federal question jurisdiction 28 U.S.C. § 1441(a).  *See, e.g.*, *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740 (2012); *Drew v. Lexington Consumer Advocacy, LLC*, No. 16-cv-00200-LB, 2016 WL 1559717, at *2 (N.D. Cal. Apr. 18, 2016) ("[T]he court has federal-question subject-matter jurisdiction over [Plaintiff's] TCPA claim.").

## III.

## THIS NOTICE OF REMOVAL IS PROCEDURALLY PROPER

7.     In accordance with 28 U.S.C. § 1446(a), all copies of the papers filed in the State Court action as of the filing of this Notice of Removal are attached as Group Exhibit A.

8.     Pursuant to 28 U.S.C. § 1446(b)(2)(B), CVS had thirty days from May 27, 2016—the date of the service of the Complaint and Summons—to file its Notice of Removal, *i.e.*, until June 27, 2016.  Thus, CVS's Notice of Removal is thus timely.

9.     Venue in this Court is proper pursuant to 28 U.S.C. § 1446(a) because this action was removed from San Diego County Superior Court, located within the District and Division of the Court.

10.     Pursuant to 28 U.S.C. § 1446(d), CVS is providing written notice to Plaintiff of the removal of this action.

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California, San Diego County.

12.     CVS is the only named Defendant in this action.  CVS is not required to investigate the identity of the unnamed defendants or to obtain their consent for removal.  *See Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690-91 (9th Cir. 1998).  In any event, the Court can disregard the presence of Doe defendants as no Doe defendant has been served.  *See* 28 U.S.C. § 1446(b).

## IV.

## <u>CONCLUSION</u>

For all of the reasons set forth above, CVS removes the original action brought by Plaintiff in the Superior Court of the State of California for the County of San Diego to this Court.


Dated:  June 23. 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      _____
                    *s/ Mark S. Eisen*
                   MARK S. EISEN

Attorney for Defendant
CVS PHARMACY, INC.
Email: meisen@sheppardmullin.com

CVS PHARMACY, INC.'S NOTICE OF REMOVAL OF ACTION
PURSUANT TO 28 U.S.C. §§ 1441(a) & 1446