IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DORFMAN, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Case No. 1:17-cv-00156<br><br>Hon. Judge Franklin U. Valderrama |

**JOINT STATUS REPORT PURSUANT TO COURT ORDER (ECF No. 108)**

Plaintiff and Defendant (collectively, the "Parties"), by and through their counsel of record and pursuant to Court Order, ECF No. 108, submit this Joint Status Report.

**I.     NATURE OF THE CASE AND PROCEDURAL HISTORY**

Plaintiff filed this action in the Superior Court of California, County of San Diego, on behalf of himself and all other similarly situated individuals nationwide on May 26, 2016, asserting a violation of the TCPA based on Defendant's transmission of unsolicited and wrong number artificial or pre-recorded voice calls. ECF No. 1-3. Plaintiff seeks certification of a class action, injunctive relief, statutory damages, pre- and post-judgment interest, attorneys' fees and costs and other relief as may be appropriate. *Id.* Following Defendant's removal of the action to federal court, the Parties proceeded with discovery and motion practice. On September 28, 2020, the action was reassigned from the Honorable Elaine E. Bucklo to the Honorable Franklin U. Valderrama and all previously scheduled pre-trial dates were stricken. ECF No. 94. On January 12, 2021, Defendant moved to dismiss the action for lack of subject matter jurisdiction. ECF No. 100. That motion was denied on November 30, 2021. ECF No. 108.

1

## II. DISCOVERY

Prior to Defendant's motion to dismiss, ECF No. 102, the Parties were pursuing discovery and Plaintiff had propounded, and Defendant responded to, two sets of document requests and one set each of interrogatories and requests for admission. A joint protective order was entered on September 1, 2020. ECF No. 91. Defendant has produced responsive documents, and the Parties anticipate resuming discovery efforts now that the Court has ruled on Defendant's motion to dismiss.

To the extent the Court intends to now set pre-trial dates, the Parties will meet and confer, and submit a proposed scheduling order on or before December 30, 2021 (subject to any further settlement or mediation progress referenced in Section IV below).

## III. TRIAL

Plaintiff demands and reserves the right to a trial by jury. *See* ECF No. 1-3. The Parties will submit their estimates on trial length with the proposed scheduling order on or before December 30, 2021.

## IV. SETTLEMENT, REFERRALS, AND CONSENT

Following the denial of Defendant's most recent motion to dismiss, limited settlement discussions took place. The Parties have also discussed pursuing mediation, and are working on terms for mediation agreeable to both Parties. Plaintiff does not consent to proceeding for all purposes before the assigned Magistrate Judge.

## V. OTHER

**Plaintiff's Position:** None.

**Defendant's Position:** None.

Dated: December 14, 2021  **LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter
Todd@lcllp.com

2

        1350 Columbia St., Ste. 603
        San Diego, CA 92101
        Tel.:   (619) 762-1900
        Fax:   (619) 756-6991

        Katrina Carroll
        Katrina@lcllp.com
        Kyle Shamberg
        Kyle@lcllp.com
        111 W. Washington Street, Suite 1240
        Chicago, IL 60602
        Tel.:   (312) 750-1265

        *Attorneys for Plaintiff and the*
        *Proposed Putative Class*

Dated: December 14, 2021        **FOLEY & LARDNER LLP**

        By:  */s/ Susan Poll Klaessy*
        Michael D. Leffel
        Foley & Lardner LLP
        150 East Gilman Street
        Madison, WI 53703
        Tel:   (608) 258-4216
        mleffel@foley.com

        Susan Poll Klaessy
        Foley & Lardner LLP
        321 N. Clark Street, Suite 3000
        Chicago, IL 60654
        Tel:   (312) 832-4500
        spollklaessy@foley.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on counsel of record for defendant via electronic mail as follow on this the 14th day of December, 2021:

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter
Todd@lcllp.com
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel.: (619) 762-1900
Fax: (619) 756-6991